BLANK ROME LLP
Arash Beral (SBN 245219)
arash.beral@blankrome.com
Caroline P. Donelan (SBN 268762)
caroline.donelan@blankrome.com
Craig N. Haring (SBN 314100)
craig.haring@blankrome.com
2029 Century Park East | 6th Floor
Los Angeles, CA 90067
Telephone:    424.239.3400
Facsimile:    424.239.3434

Attorneys for Defendants
STANLEY C. MIDDLEMAN, MICHAEL B. MIDDLEMAN, GREGORY E. MIDDLEMAN, ERIK L. ANDERSON; FREEDOM MORTGAGE CORPORATION; XPANSE, LLC; ARCHWELL HOLDINGS, LLC; ARCHWELL SOLUTIONS LLC; ARCHWELL MANAGEMENT LLC; KEYSTONE B2B LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| RAHUL MEWAWALLA, an individual, | Case No. 3:21-cv-09700-EMC |
| Plaintiff, | **JOINT STIPULATION FOR ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** |
| vs. | |
| STANLEY C. MIDDLEMAN, an individual; MICHAEL B. MIDDLEMAN, an individual; GREGORY E. MIDDLEMAN, an individual; ERIK L. ANDERSON, an individual; FREEDOM MORTGAGE CORPORATION; a New Jersey corporation; XPANSE, LLC, a Delaware limited liability company; ARCHWELL HOLDINGS LLC, a Florida limited liability company; ARCHWELL SOLUTIONS, a Florida limited liability company; ARCHWELL MANAGEMENT LLC, a Florida limited liability company; KEYSTONE B2B LLC, a Florida limited liability company; and DOES 1-50, inclusive | Judge:    Edward M. Chen<br><br>Case Removed:    December 16, 2021<br>Trial Date:    Not Set. |
| Defendants. | |

103718.00232/128477951v.1

**JOINT STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE**

This stipulation is entered into by and between Plaintiff Rahul Mewawalla ("Plaintiff") and Defendants Stanley C. Middleman, Michael B. Middleman, Gregory E. Middleman, Erik L. Anderson, Freedom Mortgage Corporation, Xpanse, LLC, Archwell Holdings LLC, Archwell Solutions LLC, Archwell Management LLC, and Keystone B2B LLC (collectively, "Defendants"), and made with reference to and in contemplation of the following facts and circumstances:

WHEREAS, on or about September 3, 2021, Plaintiff initiated this lawsuit by filing a Complaint against Defendants in the Superior Court of California for the County of Santa Clara;

WHEREAS, on November 16, 2021, Defendants were served with a copy of the Complaint and Summons through execution of Notice and Acknowledgement of Receipt forms;

WHEREAS, on December 16, 2021, Defendants filed their Notice of Removal, removing the case to the above-captioned Court (Dkt. No. 1);

WHEREAS, on December 23, 2021, Defendants filed their Motion to Dismiss Plaintiff's Complaint pursuant to Federal Rules of Civil Procedure 12(b)(2) and (6), which was scheduled for hearing on February 3, 2022 (Dkt. No. 12);

WHEREAS, on December 23, 2021, the Court issued its Order setting the Initial Case Management Conference for April 12, 2022 at 1:30 p.m. via videoconference (Dkt. No. 11);

WHEREAS, on February 3, 2022, the Court conducted a remote hearing on Defendants' Motion to Dismiss Plaintiff's Complaint;

WHEREAS, the Court took the matter of Defendants' Motion to Dismiss Plaintiff's Complaint under submission;

WHEREAS, the parties are to submit a Joint Case Management Statement no later than April 5, 2022 based upon the April 12, 2022 Initial Case Management Conference date;

WHEREAS, the parties have conferred and agreed that the Court's pending ruling on Defendants' Motion to Dismiss Plaintiff's Complaint, which is potentially dispositive of certain causes of action and parties, should first issue before the Initial Case Management Conference occurs, such that the parties are clear as to the legal and factual issues in this matter for further discovery;

WHEREAS, this is the first stipulation by the parties for a continuance of any matter in this action;

IT IS SO STIPULATED by and between Plaintiff and Defendants as follows:

1. The Initial Case Management Conference shall be continued from April 12, 2022 to **June 14, 2022**, or another date convenient for the Court, at 1:30 p.m. via videoconference;

2. All related deadlines, including the timing of the FRCP 26(f) conference, shall track the new date for the Initial Case Management Conference.

DATED:  March 14, 2022            BLANK ROME LLP

By: */s/ Arash Beral*
Arash Beral
Caroline P. Donelan
Craig N. Haring
Attorneys for Defendants
STANLEY C. MIDDLEMAN, ET AL.

DATED:  March 14, 2022            KITCHIN LEGAL, APC

By: */s/ Patrick R. Kitchin*
Patrick R. Kitchin
Attorneys for Plaintiff
RAHUL MEWAWALLA

I, Arash Beral, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order. In compliance with L.R. 5-1, I hereby attest that concurrence in the filing of the document has been obtained from each of the other signatories.

*/s/ Arash Beral*
Arash Beral