Patrick R. Kitchin, Esq. (State Bar No. 162965)
**KITCHIN LEGAL, APC**
1999 Harrison Street, 18th Floor #3535
Oakland, CA 94612
Telephone: (415) 677-9058
Email: prk@kitchinlegal.com

Counsel to Plaintiff and Counterdefendant Rahul Mewawalla

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| RAHUL MEWAWALLA, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>STANLEY C. MIDDLEMAN, ET AL. | Case No.: 21-cv-09700-EMC<br><br>**PLAINTIFF AND COUNTERDEFENDANT RAHUL MEWAWALLA'S NOTICE OF MOTION AND MOTION TO DISMISS COUNTERCOMPLAINT PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(b)(6)**<br><br>**[Memorandum of Points and Authorities, Declaration of Rahul Mewawalla, and Proposed Order filed concurrently herewith]**<br><br>Hon. Judge Edward M. Chen<br><br><u>Motion</u><br><br>**Date: July 14, 2022**<br>**Time: 1:30 p.m.**<br>**Place: Courtroom 5, 17th Floor**<br>**450 Golden Gate Avenue**<br>**San Francisco, CA 94102** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD: PLEASE TAKE NOTICE THAT** on July 14, 2022 at 1:30 P.M., or as soon thereafter as this matter may be heard before the Honorable Edward M. Chen, in Courtroom 5, 17th Floor, of the above-entitled

Court located at 450 Golden Gate Avenue, San Francisco, California 94102, Plaintiff and Counterdefendant Rahul Mewawalla will and hereby does move the Court for entry of an order dismissing the counterclaims asserted by Freedom Mortgage Corporation ("FMC") and Xpanse, LLC's ("Xpanse").

Rahul Mewawalla seeks an order pursuant to Federal Rule of Civil Procedure 12(b)(1) and (b)(6) dismissing:

1. Xpanse's counterclaims pursuant to Fed. R. Civ. P. 12(b)(1) based on the absence of subject matter jurisdiction over the claim;
2. FMC's claim for declaratory relief under Fed. R. Civ. P. 12(b)(1) based on the absence of subject matter jurisdiction over the claim; and
3. FMC and Xpanse's claims for breach of contract, breach of fiduciary duty and declaratory relief pursuant to Fed. R. Civ. P. 12(b)(6) for failing to state claims upon which relief may be granted.

This Motion is based on this Notice of Motion and Motion to Dismiss the countercomplaint, the supporting Memorandum of Points and Authorities, the declaration of Rahul Mewawalla and exhibits thereto, all pleadings and papers on file in this case, all matters of which this Court may take judicial notice, and oral arguments of counsel, if requested by the Court.

DATED: June 5, 2022

**KITCHIN LEGAL, APC**

Patrick R. Kitchin

Patrick R. Kitchin, Esq.
Attorneys for Plaintiff and Counterdefendant
Rahul Mewawalla