Patrick R. Kitchin, Esq. (State Bar No. 162965)
**KITCHIN LEGAL, APC**
1900 Harrison St., 18th Floor #3535
Oakland, CA 94612
Telephone: (415) 677-9058
Email: prk@kitchinlegal.com

Counsel to Plaintiff and Counterdefendant
Rahul Mewawalla

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| RAHUL MEWAWALLA, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>STANLEY C. MIDDLEMAN, et al.<br><br>Defendants. | Case No.: 21-cv-09700-EMC<br><br>**[PROPOSED] ORDER GRANTING COUNTERDEFENDANT RAHUL MEWAWALLA'S TO DISMISS**<br><br>**Hon. Judge Edward M. Chen**<br><br>Motion<br>**Date: July 14, 2022**<br>**Time: 1:30 p.m.**<br>**Place: Courtroom 5, 17th Floor**<br>**450 Golden Gate Avenue**<br>**San Francisco, CA 94102** |

On July 14, 2022, at 1:30 P.M., in Courtroom 5 of the above-entitled Court, located at 450 Golden Gate Avenue, San Francisco, California 94102, Rahul Mewawalla's motion to dismiss Countercomplainant Freedom Mortgage Corporation and Xpanse, LLC's ("Xpanse") countercomplaint pursuant to Federal Rules of Civil Procedure 12(b)(1) and (b)(6) (the "Motion"), came on for hearing, the Honorable Edward M. Chen presiding. Appearances were made as noted on the record.

After considering the moving and opposing papers, the arguments of counsel, and all other matters presented to the Court, for good cause shown, the Court finds:

1. Xpanse's counterclaims for breach of contract, breach of fiduciary duty and for declaratory relief are dismissed with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(1) based on the absence of subject matter jurisdiction;
2. Xpanse's counterclaims for breach of contract, breach of fiduciary duty and for declaratory relief are dismissed with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6) for failing to state a claim upon which relief may be granted;
3. Freedom Mortgage Corporation's counterclaims for breach of contract, breach of fiduciary duty and for declaratory relief are dismissed with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6) for failing to state a claim upon which relief may be granted;
4. Freedom Mortgage Corporation's counterclaim for declaratory relief is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(1) based on the absence of subject matter jurisdiction.

**IT IS THEREFORE ORDERED** that, Counterdefendant Rahul Mewawalla's Motion to Dismiss Countercomplainants' countercomplaint pursuant to Federal Rule of Civil Procedure 12(b)(1) and (b)(6) is GRANTED in its entirety.

Dated: ____________________________ ____________________________
The Honorable Edward M. Chen,
United States District Judge