**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**SETTLEMENT CONFERENCE MINUTES**

| | | |
|---|---|---|
| **Date:** November 1, 2022 | **Time:** 11:00AM-11:48AM | **Judge:** Kandis A. Westmore |
| **Case No.**: 21-cv-09700-EMC | **Case Name:** Mewawalla v. Middleman | |

**For Plaintiff(s):** Patrick Kitchin
**For Defendant(s):** Arash Beral and Craig Haring

**Deputy Clerk:** Diyana Staples **Court Reporter:** Not Reported

**PROCEEDINGS**

Pre-settlement telephonic conference held. Settlement Conference is set for January 20, 2023 at 1:00 PM via Zoom. Confidential settlement conference statements are due on January 10, 2023. The parties are directed to review and comply with the Court's Settlement Conference Standing Order, available at: https://www.cand.uscourts.gov/judges/westmore-kandis-a-kaw/