1

2

3

4                  UNITED STATES DISTRICT COURT

5                  NORTHERN DISTRICT OF CALIFORNIA

6

7    RAHUL MEWAWALLA,                          Case No. 21-cv-09700-EMC

8              Plaintiff,

9         v.                                   **ORDER GRANTING PLAINTIFF'S
                                               REQUEST FOR MOTION TO
10   STANLEY C. MIDDLEMAN, et al.,             COMPEL DEFENDANTS TO
                                               PRODUCE DOCUMENTS**
11             Defendants.                     Docket No. 42

12

13

14         Parties submitted a joint letter regarding a discovery dispute.  *See* Docket No. 42 ("Disc.

15   Letter").  Plaintiff Rahul Mewawalla ("Plaintiff") requests the Court order Defendants to produce

16   responsive documents.  Defendants Freedom Mortgage Corporation and Xpanse, LLC

17   ("Defendants") oppose Plaintiff's request.  The Court **GRANTS** Plaintiff's request.

18         The documents in dispute relate to Timothy Beard, Xpanse's CFO, whose at-will

19   employment was terminated at the same time that Plaintiff's employment was terminated.  *Id.* at 1.

20   Specifically, Plaintiff seeks production of correspondence with Mr. Beard relating to the

21   conversion of Xpanse from a C-corporation to a limited liability company, the reasons Xpanse

22   terminated Mr. Beard's employment, and correspondence with Mr. Beard pertaining to Xpanse's

23   equity.  *Id.* at 2.  These documents appear relevant to Plaintiff's allegations that both he and Mr.

24   Beard were fired in retaliation for opposing Xpanse's corporate conversion and engaging in

25   coordinated efforts to protect their promised compensation and equity.  *See* Complaint ¶ 97.

26   Contrary to Defendants' arguments, Plaintiff is not "ask[ing] for all documents and discovery

27   under the sun."  Disc. Letter at 3.  Plaintiff's tailored request is proportional to the needs of the

28   case.  *See Gilead Scis., Inc. v. Merck & Co, Inc.*, No. 5:13-CV-04057-BLF, 2016 WL 146574, at

United States District Court
Northern District of California

1    *1 (N.D. Cal. Jan. 13, 2016); Fed. R. Civ. P. 26(b)(1).

2        Thus, the Court grants Plaintiff's request for an order to compel Defendant to produce

3 documents and orders Defendants to produce: (1) correspondence with and documents pertaining

4 to Mr. Beard relating to the conversion of Xpanse; (2) documents pertaining to why Xpanse

5 terminated Mr. Beard's employment; and (3) correspondence with Mr. Beard and documents

6 pertaining to Xpanse's equity.

7        This order disposes of Docket No. 42.

8

9      **IT IS SO ORDERED**.

10

11 Dated: December 12, 2022

12

13 _____

14      EDWARD M. CHEN
     United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28