UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAHUL MEWAWALLA,<br><br>Plaintiff,<br><br>v.<br><br>STANLEY C. MIDDLEMAN, et al.,<br><br>Defendants. | Case No. 21-cv-09700-EMC<br><br>**ORDER GRANTING ADMINISTRATIVE MOTION TO SHORTEN TIME TO HEAR MOTION TO WITHDRAW AS COUNSEL**<br><br>Docket No. 82 |

Plaintiff's counsel Mr. Patrick R. Kitchin filed a motion to withdraw as counsel on March 27, 2023. Docket No. 80. He then filed an administrative motion to hold the hearing on an earlier date. Docket No. 82. Defendants do not oppose. Docket No. 82-1. The Court **GRANTS** the administrative motion and will hear the motion to withdraw as counsel on April 27, 2023.

**IT IS SO ORDERED**.

Dated: April 4, 2023

_____
EDWARD M. CHEN
United States District Judge