UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAHUL MEWAWALLA,<br><br>Plaintiffs,<br><br>v.<br><br>STANLEY C. MIDDLEMAN, et al.,<br><br>Defendants. | Case No. 21-cv-09700-EMC<br><br>**ORDER RE: VERDICT FORM**<br><br>Docket No. 269 |

The Parties filed a joint stipulated verdict form, as ordered by the Court. Docket No. 269. Given the specificity of the jury instructions, the Court has revised the form to be a general verdict form. Parties are to meet and confer, and file a JOINT submission by **Thursday, January 23, 2025**, if there are any further issues or objections to the proposed verdict form herein.

**IT IS SO ORDERED**.

Dated: January 22, 2025

_____
EDWARD M. CHEN
United States District Judge

We, the jury, agree to the answers to the following questions and return them under the instructions of this Court as our verdict in this case:

### I.   VERDICT FORM 1 PLAINTIFF'S CLAIMS

**Plaintiff's False Promise Claim (Count 1) and Fraudulent Concealment Claim (Count 2)**

1. Has Plaintiff proven his False Promise Claim (Count 1)?

    _____Yes (for Plaintiff)    _____No (for Defendants)

2. Has Plaintiff proven his Fraudulent Concealment Claim (Count 2)?

    _____Yes (for Plaintiff)    _____No (for Defendants)

If you found for Plaintiff on either question 1 or question 2, answer question 3.

3. What are Rahul Mewawalla's damages?

    $_____

**Plaintiff's Breach of Contract Claim (Against Freedom Mortgage Corporation) (Count 5)**

1. Has Plaintiff proven his Breach of Contract Claim Against Freedom Mortgage Corporation (Count 5)?

    _____Yes (for Plaintiff)    _____No (for Defendant Freedom)

If you found for Plaintiff on question 1, answer question 2.

2. What are Rahul Mewawalla's damages?

    $_____

2

**Plaintiff's Breach of Contract Claims (Against Xpanse, LLC) (Count 5 and Count 6)**

1. Has Plaintiff proven his Breach of Contract Claim Against Xpanse (Count 5)?

    \_\_\_\_\_Yes (for Plaintiff)        \_\_\_\_\_No (for Defendant Xpanse)

2. Has Plaintiff proven his Breach of Implied Covenant of Good Faith and Fair Dealing Claim Against Xpanse (Count 6)?

    \_\_\_\_\_Yes (for Plaintiff)        \_\_\_\_\_No (for Defendant Xpanse)

If you found for Plaintiff on either question 1 or question 2, answer question 3.

3. What are Rahul Mewawalla's damages?

    $_____

4. If you find for Plaintiff on Count 5 against Freedom, and for Plaintiff on Counts 5 or 6 against Xpanse, what portion (if any) of the damages awarded against Xpanse are overlapping with the award against Freedom?

    $_____

**Punitive Damages**

1. Do you find punitive damages are warranted?

    _____Yes              _____No

2. If you answered yes to question 1, against whom?

    _____Defendant Stanley Middleman

    _____Defendant Freedom Mortgage Corporation

3. What amount of punitive damages, if any, do you award Rahul Mewawalla?

    $_____ against Defendant Stanley Middleman

    $_____ against Defendant Freedom Mortgage Corporation

4

## II.     VERDICT FORM 2 DEFENDANT'S COUNTERCLAIM

**Defendant Freedom Mortgage's Breach of Contract Claim (Counterclaim 1)**

1. Has Defendant Freedom Mortgage proven its Breach of Contract Claim against Plaintiff?

    _____Yes (for Defendant Freedom)        _____No (for Plaintiff)

If you found for Defendant Freedom, then answer question 2.

3. What are Freedom's damages, if any?

    $_____.

Thank you for your service on this jury.  Please sign and return the verdict form to the Clerk.

Signed: _____
         Presiding Juror

Dated: _____