UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAHUL MEWAWALLA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STANLEY C. MIDDLEMAN, et al.,<br><br>　　　　Defendants. | Case No. 21-cv-09700-EMC<br><br>**FINAL VERDICT FORM**<br><br>Docket No. 278 |

The Parties filed a joint statement at Docket No. 278 regarding the Court's proposed verdict form at Docket No. 275. The Court has revised the verdict form as follows.

The Court may make additional changes as needed.

**IT IS SO ORDERED**.

Dated: January 24, 2025

_____
EDWARD M. CHEN
United States District Judge

We, the jury, agree to the answers to the following questions and return them under the instructions of this Court as our verdict in this case:

### I.     <u>**VERDICT FORM 1 PLAINTIFF'S CLAIMS**</u>

**<u>Plaintiff's False Promise Claim (Count 1) and Fraudulent Concealment Claim (Count 2)</u>**

    1.     For whom do you find on Count 1?

        _____Plaintiff         _____Defendants

    2.     For whom do you find on Count 2?

        _____Plaintiff         _____Defendants

If you found for Plaintiff on either question 1 or question 2, answer questions 3-6.

    3.     What are Rahul Mewawalla's damages?

        $_____

    4.     Do you find punitive damages are warranted?

        _____Yes         _____No

    5.     If you answered yes to question 4, against whom?

        _____Defendant Stanley Middleman

        _____Defendant Freedom Mortgage Corporation

    6.     What amount of punitive damages, if any, do you award Rahul Mewawalla?

        $_____ against Defendant Stanley Middleman

        $_____ against Defendant Freedom Mortgage Corporation

**Plaintiff's Breach of Contract Claim (Against Freedom Mortgage Corporation) (Count 5)**

1. For whom do you find on Count 5 against Freedom?

    _____Plaintiff                         _____Defendant Freedom

If you found for Plaintiff on question 1, answer question 2.

2. What are Rahul Mewawalla's damages?

    $_____

**Plaintiff's Breach of Contract Claims (Against Xpanse, LLC) (Count 5 and Count 6)**

1. For whom do you find on Count 5 against Xpanse?

    _____Plaintiff                         _____Defendant Xpanse

2. For whom do you find on Count 6 against Xpanse?

    _____Plaintiff                         _____Defendant Xpanse

If you found for Plaintiff on either question 1 or question 2, answer question 3.

3. What are Rahul Mewawalla's damages?

    $_____

4. If you find for Plaintiff on Count 5 against Freedom, and for Plaintiff on Counts 5 or 6 against Xpanse, what portion (if any) of the damages awarded against Xpanse are overlapping with the award against Freedom?

    $_____

## II.     VERDICT FORM 2 DEFENDANT'S COUNTERCLAIM

**Defendant Freedom Mortgage's Breach of Contract Claim (Counterclaim 1)**

1. Has Defendant Freedom Mortgage proven its Breach of Contract Claim against Plaintiff?

    _____Yes (for Defendant Freedom)       _____No (for Plaintiff)

If you found for Defendant Freedom, then answer question 2.

3. What are Freedom's damages, if any?

    $_____.

Thank you for your service on this jury.  Please sign and return the verdict form to the Clerk.

Signed: _____
         Presiding Juror

Dated: _____