UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAHUL MEWAWALLA,<br><br>  Plaintiff,<br><br>  v.<br><br>STANLEY C. MIDDLEMAN, et al.,<br><br>  Defendants. | Case No. 21-cv-09700-EMC<br><br>**REVISED FINAL VERDICT FORM** |

    Defendants dropped Freedom's Counterclaim on Day 1 of Trial. Accordingly, the Court has revised the verdict form.

**IT IS SO ORDERED**.

Dated: February 10, 2025

_____
EDWARD M. CHEN
United States District Judge

We, the jury, agree to the answers to the following questions and return them under the instructions of this Court as our verdict in this case:

### I.     **VERDICT FORM 1 PLAINTIFF'S CLAIMS**

**Plaintiff's False Promise Claim (Count 1) and Fraudulent Concealment Claim (Count 2)**

1. For whom do you find on Count 1?

    \_\_\_\_\_Plaintiff          \_\_\_\_\_Defendants

2. For whom do you find on Count 2?

    \_\_\_\_\_Plaintiff          \_\_\_\_\_Defendants

If you found for Plaintiff on either question 1 or question 2, answer questions 3-6.

3. What are Rahul Mewawalla's damages?

    $_____

4. Do you find punitive damages are warranted?

    \_\_\_\_\_Yes          \_\_\_\_\_No

5. If you answered yes to question 4, against whom?

    \_\_\_\_\_Defendant Stanley Middleman

    \_\_\_\_\_Defendant Freedom Mortgage Corporation

6. What amount of punitive damages, if any, do you award Rahul Mewawalla?

    $_____ against Defendant Stanley Middleman

    $_____ against Defendant Freedom Mortgage Corporation

**Plaintiff's Breach of Contract Claim (Against Freedom Mortgage Corporation) (Count 5)**

1.  For whom do you find on Count 5 against Freedom?

    _____ Plaintiff          _____ Defendant Freedom

If you found for Plaintiff on question 1, answer question 2.

2.  What are Rahul Mewawalla's damages?

    $_____

**Plaintiff's Breach of Contract Claims (Against Xpanse, LLC) (Count 5 and Count 6)**

1.  For whom do you find on Count 5 against Xpanse?

    _____ Plaintiff          _____ Defendant Xpanse

2.  For whom do you find on Count 6 against Xpanse?

    _____ Plaintiff          _____ Defendant Xpanse

If you found for Plaintiff on either question 1 or question 2, answer question 3.

3.  What are Rahul Mewawalla's damages?

    $_____

4.  If you find for Plaintiff on Count 5 against Freedom, and for Plaintiff on Counts 5 or 6 against Xpanse, what portion (if any) of the damages awarded against Xpanse are overlapping with the award against Freedom?

    $_____

3

Thank you for your service on this jury.  Please sign and return the verdict form to the Clerk.

Signed: _____
                Presiding Juror

Dated: _____