UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAHUL MEWAWALLA,<br><br>Plaintiff,<br><br>v.<br><br>STANLEY C. MIDDLEMAN, et al.,<br><br>Defendants. | Case No. 21-cv-09700-EMC<br><br>**REVISED FINAL VERDICT FORM** |

Dated: February 10, 2025

_____
EDWARD M. CHEN
United States District Judge

We, the jury, agree to the answers to the following questions and return them under the instructions of this Court as our verdict in this case:

## I.     VERDICT FORM 1 PLAINTIFF'S CLAIMS

**Plaintiff's False Promise Claim (Count 1) and Fraudulent Concealment Claim (Count 2)**

1. For whom do you find on Count 1?

    __✓__ Plaintiff        _____ Defendants

2. For whom do you find on Count 2?

    __✓__ Plaintiff        _____ Defendants

If you found for Plaintiff on either question 1 or question 2, answer questions 3-6.

3. What are Rahul Mewawalla's damages?

    $ __3,750,000__

4. Do you find punitive damages are warranted?

    _____ Yes        __✓__ No

5. If you answered yes to question 4, against whom?

    _____ Defendant Stanley Middleman

    _____ Defendant Freedom Mortgage Corporation

6. What amount of punitive damages, if any, do you award Rahul Mewawalla?

    $ _____ against Defendant Stanley Middleman

    $ _____ against Defendant Freedom Mortgage Corporation

2

**Plaintiff's Breach of Contract Claim (Against Freedom Mortgage Corporation) (Count 5)**

1. For whom do you find on Count 5 against Freedom?

    ✓ Plaintiff          _____ Defendant Freedom

If you found for Plaintiff on question 1, answer question 2.

2. What are Rahul Mewawalla's damages?

    $ 4,293,813

**Plaintiff's Breach of Contract Claims (Against Xpanse, LLC) (Count 5 and Count 6)**

1. For whom do you find on Count 5 against Xpanse?

    _____ Plaintiff          ✓ Defendant Xpanse

2. For whom do you find on Count 6 against Xpanse?

    _____ Plaintiff          ✓ Defendant Xpanse

If you found for Plaintiff on either question 1 or question 2, answer question 3.

3. What are Rahul Mewawalla's damages?

    $ _____

4. If you find for Plaintiff on Count 5 against Freedom, and for Plaintiff on Counts 5 or 6 against Xpanse, what portion (if any) of the damages awarded against Xpanse are overlapping with the award against Freedom?

    $ _____

3

Thank you for your service on this jury. Please sign and return the verdict form to the Clerk.

Signed: _____

        Presiding Juror

Dated: _____2/12_____