Ekwan E. Rhow - State Bar No. 174604
erhow@birdmarella.com
Oliver Rocos - State Bar No. 319059
orocos@birdmarella.com
Brandon R. Teachout - State Bar No. 321672
bteachout@birdmarella.com
BIRD, MARELLA, RHOW, LINCENBERG, DROOKS, & NESSIM LLP.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Plaintiff and Counter-Defendant
Rahul Mewawalla

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| RAHUL MEWAWALLA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>STANLEY C. MIDDLEMAN, et al.,<br><br>Defendant. | CASE NO. 3:21-cv-09700-EMC<br><br>**JOINT STIPULATION REGARDING POST-TRIAL BRIEFING SCHEDULE**<br><br>Assigned to Hon. Edward M. Chen |

Plaintiff Rahul Mewawalla ("Plaintiff") and Defendants Freedom Mortgage Corporation, Xpanse, LLC, and Stanley C. Middleman ("Defendants," and together with Plaintiff, the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

1. On February 12, 2025, the Court directed the parties to meet and confer regarding a schedule for post-trial briefing and to continue to meet and confer regarding settlement.

2. The parties have reached agreement on the following schedule for post-trial briefing and accordingly jointly seek an order from the Court setting that schedule:

| Category | Proposed Date |
|---|---|
| Motions and Opening Briefs (including for pre-judgment interest, attorney fees, costs, a new trial, judgment notwithstanding the verdict and/or judgment as a matter of law) | March 11, 2025 |
| Opposition Briefs | April 8, 2025 |
| Reply Briefs | April 22, 2025 |
| Hearing | May 8, 2025 (or the Court's first available hearing date thereafter) |
| Joint Statement re. Proposed Final Judgment | To be set at hearing on post-trial briefing |

3. NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the Parties to the above-entitled action, by their respective counsel, that the Court adopt the preceding schedule in a scheduling order.

*[Signature Page Follows]*

Respectfully submitted,

DATED: February 24, 2025

Ekwan E. Rhow
Oliver Rocos
Brandon R. Teachout
Bird, Marella, Rhow, Lincenberg,
Drooks, & Nessim LLP

By: *s/ Oliver Rocos*
Oliver Rocos
Attorneys for Plaintiff and Counter-Defendant
Rahul Mewawalla

DATED: February 24, 2025

Paul B. Gaffney
George A. Borden
Ricardo Leyva
Donovan J. Stone
Williams & Connolly LLP

By: *s/ Paul B. Gaffney*
Paul B. Gaffney
Attorneys for Defendants and Counter-claimants
Stanley C. Middleman, Michael B. Middleman,
Gregory E. Middleman, Freedom Mortgage
Corporation, and Xpanse, LLC

*Local Rule 5-1 Compliance: Filer attests that all other signatories listed concur in the filing's content and have authorized this filing.*