**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

RAHUL MEWAWALLA, an individual,

Plaintiff,

vs.

STANLEY C. MIDDLEMAN, et al.,

Defendant.

CASE NO. 3:21-cv-09700-EMC

**ORDER REGARDING POST-TRIAL BRIEFING SCHEDULE**

Assigned to Hon. Edward M. Chen

**ORDER AS MODIFIED**

The Court having reviewed the Joint Stipulation (Dkt. 318) of the parties herein, and good cause appearing, hereby adopts the schedule for the post trial briefing matters as follows:

| Category | Deadline to File/Serve |
|---|---|
| **Motions and Opening Briefs**<br><br>(including for pre-judgment interest, attorney fees, costs, a new trial, judgment notwithstanding the verdict and/or judgment as a matter of law) | March 11, 2025 |
| **Opposition Briefs** | April 8, 2025 |
| **Reply Briefs** | April 22, 2025 |

| | |
|---|---|
| **Hearing Date** | **May 22, 2025, at 1:30 PM (or the Court's first available hearing date thereafter)** |
| **Joint Statement re. Proposed Final Judgment** | **To be set at hearing on post-trial briefing** |

**IT IS SO ORDERED.**

DATED: March 5, 2025

Hon. Edward M. Chen
United States District Judge