Ekwan E. Rhow - State Bar No. 174604
erhow@birdmarella.com
Oliver Rocos - State Bar No. 319059
orocos@birdmarella.com
Brandon R. Teachout - State Bar No. 321672
bteachout@birdmarella.com
BIRD, MARELLA, RHOW, LINCENBERG, DROOKS & NESSIM LLP
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Plaintiff and
Appellee/Cross-Appellant Rahul Mewawalla

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| RAHUL MEWAWALLA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>STANLEY C. MIDDLEMAN, et al.,<br><br>Defendants. | **NOTICE OF CROSS-APPEAL; and REPRESENTATION STATEMENT**<br><br>**Ninth Circuit Case No. 25–5119**<br><br>N.D. Cal. Case No. 3:21-cv-09700-EMC<br>Assigned to Hon. Edward M. Chen<br>Notice of Removal filed December 16, 2021 |

**NOTICE IS HEREBY GIVEN** pursuant to the Federal Rules of Appellate Procedure, Rules 3 and 4, that Plaintiff and Appellee/Cross-Appellant Rahul Mewawalla hereby appeals to the United States Court of Appeals for the Ninth Circuit from:

1. The District Court's Order dated September 20, 2023, Dkt. No. 160 (filed under seal), granting in part Defendants' Motion for Summary Judgment, Dkt. No. 130;

2. The District Court's Order dated February 1, 2024, as reflected in Dkt. No. 176, Civil Minutes, denying Plaintiff's Motion for Leave to Amend his Complaint, Dkt. No. 163; and

3. The District Court's Order dated July 11, 2025, Dkt. No. 347, denying Plaintiff's Motion for Attorney Fees, Dkt. No. 326.

This cross-appeal follows Defendants' Notice of Appeal, Dkt. No. 353, which states that it shall become effective when the district court disposes of Defendants' Rule 60(b) motion, Dkt. No 350, filed on Friday, August 8, 2025. Defendants' appeal was assigned USCA Case No. 25–5119.

DATED: August 25, 2025

Ekwan E. Rhow
Oliver Rocos
Brandon R. Teachout
Bird, Marella, Rhow,
Lincenberg, Drooks & Nessim, LLP

By: 
Oliver Rocos
Attorneys for Plaintiff and
Appellee/Cross-Appellant Rahul Mewawalla

**REPRESENTATION STATEMENT**

Pursuant to Federal Rules of Appellate Procedure, Ninth Circuit Rule 3–2(b), Plaintiff and Appellee/Cross-Appellant Rahul Mewawalla submits the following representation statement that identifies all parties to this action along with the names, addresses and telephone numbers of their respective counsel.

| **Plaintiff, Appellee and Cross-Appellant Rahul Mewawalla:** | |
|---|---|
| Name of Party/Parties: | Rahul Mewawalla |
| Name(s) of Counsel: | Ekwan E. Rhow<br>Oliver Rocos<br>Brandon R. Teachout<br>BIRD, MARELLA, RHOW, LINCENBERG, DROOKS & NESSIM LLP |
| Address: | 1875 Century Park East, 23rd Floor<br>Los Angeles, California 90067-2561 |
| Telephone: | (310) 201-2100 |
| E-mail(s): | erhow@birdmarella.com<br>orocos@birfdmarella.com<br>bteachout@birdmarella.com |
| Is counsel registered for Electronic Filing in the 9th Circuit? Yes | |

| **Defendants, Appellants and Cross-Appellees:** | | |
|---|---|---|
| Name of Party/Parties: | Freedom Mortgage Corporation and Stanley C. Middleman | |
| Name(s) of Counsel: | Paul B. Gaffney<br>Ricardo Leyva<br>George A. Borden<br>Ikenna Ugboaja<br>WILLIAMS & CONNOLLY LLP | Charles McCloud<br>WILLIAMS & CONNOLLY, LLP |
| Address: | 680 Maine Avenue SW<br>Washington, DC 20024 | 680 Maine Avenue, SW<br>Washington, DC 20024 |
| Telephone: | (202) 434-5000 | 202-434-5998 |
| E-mail(s): | pgaffney@wc.com<br>rleyva@wc.com<br>gborden@wc.com<br>iugboaja@wc.com | lmccloud@wc.com |