**WILLIAMS & CONNOLLY LLP**
Paul B. Gaffney (SBN 345431)
pgaffney@wc.com
George A. Borden (admitted *pro hac vice*)
gborden@wc.com
Ricardo Leyva (admitted *pro hac vice*)
rleyva@wc.com
Ikenna Ugboaja (admitted *pro hac vice*)
iugboaja@wc.com
680 Maine Avenue SW
Washington, DC 20024
Telephone: (202) 434-5000
Facsimile: (202) 434-5029

**DUANE MORRIS LLP**
Stephen H. Sutro (SBN 172168)
shsutro@duanemorris.com
Robert J. Nolan (SBN 235738)
rjnolan@duanemorris.com
David A. Goldstein (SBN 319394)
DAGoldstein@duanemorris.com
Spear Tower
One Market Plaza, Suite 2200
San Francisco, CA 94105
Telephone: 415.957.3000
Facsimile: 415.957.3001

Attorneys for Defendants FREEDOM MORTGAGE CORPORATION, XPANSE, LLC, and STANLEY C. MIDDLEMAN

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| RAHUL MEWAWALLA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>STANLEY C. MIDDLEMAN, an individual, et al.,<br><br>Defendants. | Case No. 3:21-cv-09700-EMC<br><br>**DEFENDANTS' AMENDED NOTICE OF APPEAL**<br><br>Hon. Edward M. Chen |

# NOTICE OF APPEAL

Notice is given that Defendants Stanley C. Middleman and Freedom Mortgage Corporation hereby appeal to the United States Court of Appeals for the Ninth Circuit from:

1) The final judgment of the district court entered in this action by operation of law on July 14, 2025 ("Judgment"); from any and all adverse rulings incorporated in, antecedent to, or ancillary to the Judgment; and from any and all adverse interlocutory orders, judgments, decrees, decisions, rulings, and opinions that merged into and became part of the Judgment, that shaped the Judgment, that are related to the Judgment, or upon which the Judgment is based. *See* Fed. R. Civ. P. 58(c)(2)(B); *Orr v. Plumb*, 884 F.3d 923, 929 & n.5 (9th Cir. 2018); and

2) The Court's Order filed on July 11, 2025, ECF No. 347, denying Defendants' Renewed Motion for Judgment as a Matter of Law, a New Trial, and/or Remittitur, ECF No. 323; denying Defendants' Motion to Compel Plaintiff to Elect a Remedy, ECF No. 324; and granting Plaintiff's Motion for Award of Prejudgment Interest, ECF No. 325.

3) The Court's Order filed on October 21, 2025, ECF No. 376, denying Defendants' Rule 60(b) Motion for Relief from Judgment, ECF No. 350.

DATED: October 27, 2025

Respectfully submitted,

By: /s/ Paul B. Gaffney

**DUANE MORRIS LLP**
Stephen H. Sutro
Robert J. Nolan
David A. Goldstein

**WILLIAMS & CONNOLLY LLP**
Paul B. Gaffney
George A. Borden (admitted *pro hac vice*)
Ricardo Leyva (admitted *pro hac vice*)
Ikenna Ugboaja (admitted *pro hac vice*)

Attorneys for Defendants