**WILLIAMS & CONNOLLY LLP**
Paul B. Gaffney (SBN 345431)
pgaffney@wc.com
George A. Borden (admitted *pro hac vice*)
gborden@wc.com
Ricardo Leyva (admitted *pro hac vice*)
rleyva@wc.com
Ikenna Ugboaja (admitted *pro hac vice*)
iugboaja@wc.com
680 Maine Avenue SW
Washington, DC 20024
Telephone: (202) 434-5000
Facsimile: (202) 434-5029

**DUANE MORRIS LLP**
Stephen H. Sutro (SBN 172168)
shsutro@duanemorris.com
David A. Goldstein (SBN 319394)
DAGoldstein@duanemorris.com
Spear Tower
One Market Plaza, Suite 2200
San Francisco, CA 94105
Telephone: 415.957.3000
Facsimile: 415.957.3001

Attorneys for Defendants FREEDOM MORTGAGE CORPORATION and STANLEY C. MIDDLEMAN

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| RAHUL MEWAWALLA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>STANLEY C. MIDDLEMAN, an individual, et al.,<br><br>Defendants. | Case No. 3:21-cv-09700-EMC<br><br>**~~PROPOSED~~ ORDER GRANTING MOTION FOR APPROVAL OF SUPERSEDEAS BOND AND STAY OF EXECUTION OF JUDGMENT**<br><br>Hon. Edward M. Chen<br><br>Date: January 5, 2026<br>Time: 9:00 a.m.<br>Place: Courtroom 5 (17th Floor)<br>Trial Date: February 5, 2025 |

**~~[PROPOSED]~~ ORDER**

This matter comes before the Court on Defendants' Unopposed Motion for Approval of Supersedeas Bond and Stay of Execution of Judgment under Rule 62(b). Having considered Defendants' submission, this Court concludes as follows:

The Motion for Approval of Supersedeas Bond and Stay of Execution of Judgment is hereby GRANTED. Defendants Freedom Mortgage Corporation and Stanley C. Middleman shall post a bond in the amount of $10,725,000 within five (5) business days of this Order. The timely posting of bond in that amount shall stay execution of the Judgment until the final disposition of the parties' appeal before the United States Court of Appeals for the Ninth Circuit.

**IT IS SO ORDERED.**

DATED: November 25, 2025

Hon. Edward M. Chen
United States District Judge